```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
    RICHARD RUOFENG WAN,              )   No. C 07-6165 JW
12                                    )
             Plaintiff,               )
13                                    )   STIPULATION TO DISMISS; and
          v.                          )   [PROPOSED] ORDER
14                                    )
    MICHAEL MUKASEY, United States    )
15  Attorney General;                 )
    MICHAEL CHERTOFF, Secretary of the)
16  Department of Homeland Security;  )
    EMILIO T. GONZALEZ, Director of United )
17  States Citizenship and Immigration Services; )
    ROBERT S. MUELLER, III, Director of )
18  Federal Bureau of Investigation,  )
                                      )
19           Defendants.              )
                                      )
20  _____)
```

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-6165 JW                                    1

| | | |
|---|---|---|
| 1 | Date: January 31, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS[1] |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | Date: January 30, 2008 | _____/s/_____<br>JUSTIN FOK |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The Court terminates all pending hearings, motions and deadlines. The Clerk shall close this file.

Date: February 4, 2008

_____
JAMES WARE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C07-6165 JW                                2